In the Matter of the Application of THE NIAGARA FERRY COMPANY OF GRAND ISLAND AND TONAWANDA, INC., to Have Granted to It a License, etc., and in the Matter of the Application of FREDERICK L. MESMER for the Same License.— Motion granted, and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JAMES O. SEBRING. Respondent, v. GEORGE E. BARNES, Appellant.— Appeal dismissed unless appellant shall be ready for argument at the opening of the January term. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JAMES O. SEBRING, Respondent, v. JAMES P. HALLAHAN and Others, Appellants.— Appeal dismissed unless appellant shall file and serve printed briefs by December twenty-fifth. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

BARTHOLOMEW J. HOPKINS and Another, Appellants, v. HATTIE M. HAWKINS and Others, Respondents.— Motion granted to amend order of affirmance, entered November 12, 1924 [*ante*, p. 833], so as to provide for separate bills of costs to respondents appearing by separate attorneys. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of the BOARD OF EDUCATION OF THE CITY OF JAMESTOWN for a Mandamus Order against THE CITY COUNCIL OF THE CITY OF JAMESTOWN.— Order of affirmance entered November 19, 1924 [*ante*, p. 837], amended by adding thereto a direction that the city council of the city of Jamestown shall levy and assess the tax of $744,095 on or before December 15, 1924. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.